# United States Court of Appeals

## For the Eighth Circuit

_____

No. 25-3009
_____

United States of America

*Plaintiff - Appellee*

v.

Kevin Adams

*Defendant - Appellant*

_____

No. 25-3010
_____

United States of America

*Plaintiff - Appellee*

v.

Kevin Adams

*Defendant - Appellant*

_____

Appeals from United States District Court
for the Northern District of Iowa - Western

_____

Submitted: March 16, 2026
Filed: March 19, 2026
[Unpublished]
_____

Before SMITH, GRASZ, and STRAS, Circuit Judges.

_____

PER CURIAM.

In these consolidated appeals, Kevin Adams appeals after the district court[1] revoked his supervised release and sentenced him to 22 months in prison and 1 year of supervised release, with special conditions. His counsel has moved to withdraw and has filed a brief challenging the substantive reasonableness of the sentences.

Having carefully reviewed the record, we conclude that Adams's sentences were not unreasonable, as there is no indication that the district court failed to consider the relevant factors, gave significant weight to an improper or irrelevant factor, or committed a clear error of judgment in weighing the relevant factors. See United States v. Larison, 432 F.3d 921, 923 (8th Cir. 2006) (sentence may be unreasonable if district court fails to consider relevant factor, gives significant weight to improper factor, or commits clear error of judgment); United States v. Beckwith, 57 F.4th 630, 632-33 (8th Cir. 2023) (per curiam) (court properly considered criminal history and characteristics; revocation sentences within Guidelines range are accorded a presumption of substantive reasonableness on appeal).

Accordingly, we affirm, and we grant counsel's motion to withdraw.

_____

[1]The Honorable Leonard T. Strand, United States District Judge for the Northern District of Iowa.